IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA LARK,

       Petitioner,              No. CIV S-05-0664 DFL GGH P

   vs.

TOM CAREY, Warden,

       Respondent.        ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with the $5.00 filing fee.

       Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1.  Respondent is directed to file a response to petitioner's habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

       2.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

1

1          4.  If the response to petitioner's habeas petition is a motion, petitioner's

2   opposition or statement of non-opposition to the motion shall be filed and served within thirty

3   days of service after service of the motion, and respondents' reply, if any, shall be filed and

4   served within fifteen days thereafter; and

5          5.  The Clerk of the Court shall serve a copy of this order together with a copy of

6   the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior

7   Assistant Attorney General.

8   DATED: 4/18/05

9

10                                          /s/ Gregory G. Hollows

11                                          GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

12   GGH:kf
     lark0664.100

13

14

15

16

17

18

19

20

21

22

23

24

25

26