IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOSHUA LARK,**

                              Petitioner,

    v.

**TOM CAREY, Warden,**

                              Respondents.

NO. CIV S-05-0664 DFL GGH P

**[PROPOSED] ORDER**

       On May 20, 2005, Respondent filed a request for an extension of time to file a response to the Petition.

       Good cause appearing, Respondent's request is granted. Respondent is hereby granted thirty days, to and including June 23, 2005, in which to file a response.

DATED: 5/25/05

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

lark0664.ord05

[Proposed] Order

1