IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA LARK,

    Petitioner,               No. CIV S-05-0664 DFL JFM P

    vs.

TOM CAREY, Warden,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, on July 14, 2006, the parties filed a joint status report. Therein, petitioner requested sixty days in which to file either an amended petition or a supplemental memorandum of points and authorities in support of the original petition, or a motion for discovery together with a request for extension of time to file either an amended petition or a supplemental memorandum of points and authorities. On September 11, 2006, petitioner filed a request for an extension of time to and including November 12, 2006 in which to file one or more of the above-described documents. Good cause appearing, petitioner's request will be granted.[1]

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's September 11, 2006 request for extension of time is granted;

---

[1] November 12, 2006 is a Sunday. Accordingly, petitioner will be granted until November 13, 2006 in which to file and serve documents in response to this order.

1    2. On or before November 13, 2006, petitioner shall file and serve either an
2 amended petition or a supplemental memorandum of points and authorities in support of the
3 original petition, or a motion for discovery together with a request for extension of time to file
4 either an amended petition or a supplemental memorandum of points and authorities.
5 DATED: October 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
lark0664.136