DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA LARK**, ) | No. 05 CV 664 DFL JFM P |
| ) Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **TOM CAREY, Warden**, ) | |
| ) Respondent. ) | |
| _____ ) | |

Petitioner's request to have the petition in this matter dismissed is hereby granted. The petition for writ of habeas corpus filed April 5, 2005, is dismissed and this matter is terminated.

Dated: January 9, 2007.

UNITED STATES MAGISTRATE JUDGE

/lark0664.41a