IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA LARK,

    Petitioner,                        No. CIV S-05-0664 DFL JFM P

    vs.

TOM CAREY, Warden,

    Respondent.                    ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 11, 2007, petitioner's request for voluntary dismissal granted and this action was dismissed. On April 11, 2007, petitioner filed a letter addressed to the court to the court. Good cause appearing, the Clerk of the Court will be directed to send a copy of petitioner's letter to Daniel J. Broderick, Federal Defender, and to petitioner's counsel. Petitioner is informed that the court will take no further action on the matters raised in his letter.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of petitioner's April 11, 2007 letter and the attachment thereto to Daniel J. Broderick, Federal Defender, and to petitioner's counsel of record; and

/////

1

1. 2. The Clerk of the Court is directed to serve a copy of this order on petitioner Joshua Lark at California State Prison-Solano, P.O. Box 4000, Vacaville, CA 95696-4000.

DATED: June 14, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
lark0664.let